UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| In Re: Efrem Rosenfeld, Attorney at Law, Bar No. 5110 | 2:16-ms-33 |

### ORDER OF SUSPENSION

On April 7, 2016, this Court entered an Order to Show Cause Suspension, mailed via certified mail with a Certified Mail Return Receipt date of delivery of April 11, 2016. The Order to Show Cause provided Mr. Rosenfeld with thirty (30) days to respond with reasons why he should not be suspended from the practice of law in this Court. No response has been received from Mr. Rosenfeld. Failure to respond within 30 days warrants an Order of Suspension. Local Rule IA 10-7, and Revised Local Rule IA 11-7.

Accordingly, **IT IS HEREBY ORDERED** that Efrem Rosenfeld, Nevada State Bar #5110, is hereby **SUSPENDED** from practice in United States District Court for the District of Nevada.

**DATED** this  13  day of June, 2016.

_____
Gloria M. Navarro, Chief Judge
United States District Court

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b) and LR 5-1, I hereby certify that I am an employee of United States District Court, and that on this _14_ day of June, 2016, I caused to be served a true and correct copy of the foregoing Order of Suspension to the following parties via Certified Mail, Return Receipt Requested via the United States Postal Service, in a sealed envelope, postage prepaid, to the following:

    Efrem Rosenfeld
    c/o Mr. Casey Landis, Esq.
    200 Hoover Avenue, Unit 1509
    Las Vegas, NV  89101

Certified Mail No.:  7014 0150 0000 9221 8679

    /s/
    Deputy Clerk
    United States District Court,
    District of Nevada